Case 4:21-cv-02875   Document 19   Filed on 06/02/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 02, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SUMITOMO CORPORATION OF AMERICAS., <br><br> Plaintiff, <br><br> v. <br><br> NS UNITED KAIUN KAISHA LTD. AND COOPER/PORTS AMERICA LLC <br><br> Defendants. | § § § § § § § § § § § § Civil Action No.: 4:21-cv-2875 |

**UNOPPOSED 60 DAY ORDER OF DISMISSAL**

Plaintiff, SUMITOMO CORPORATION OF AMERICAS, having announced that an amicable settlement has been recommended in this action, and the court being otherwise advised in the premises, it is:

ORDERED that this case is hereby dismissed on the merits without prejudice to the rights of either party to move for reinstatement within sixty (60) days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act.

SIGNED at Houston, Texas on this ____ day of JUN 0 2 2022 2022.

_____
UNITED STATES DISTRICT JUDGE